UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID L. WALLACE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 2:16-cv-971
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

On February 5, 2018, the Magistrate Judge issued a Report and Recommendation in support of affirming the decision of the Social Security Administration, through the decision of an Administrative Law Judge (ECF No. 17). Thereafter, the plaintiff, David L. Wallace, through counsel, filed an objection to the Report and Recommendation (ECF No. 18). In turn, the Social Security Administration has filed a response (ECF No. 19). The matter is now fully briefed and ready for decision.

This Court has reviewed the objections raised by the plaintiff and finds that they are without merit. Upon review, the Court finds that the Report and Recommendation is well reasoned, supported by the facts and consistent with the law.

It is ORDERED that the decision of the Social Security Administration denying benefits is AFFIRMED.

**IT IS SO ORDERED.**

3-12-2018
Date

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE